O AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DORIS P. MUNDO

V.

DELTA AIRLINES, INC.

## NOTICE

CASE NUMBER: 03-30311-MAP

TYPE OF CASE:

: **CIVIL** **CRIMINAL**

9 **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, Massachusetts 01103 | Courtroom Three |
| | DATE AND TIME |

TYPE OF PROCEEDING

INITIAL SCHEDULING CONFERENCE

: **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **4/28/04 at 10:30 a.m.** | **MAY 3, 2004 AT 10:00 A.M.** |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 22, 2004

DATE

/s/ Bethaney A. Healy

(BY) DEPUTY CLERK

TO: All Counsel of Record