UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DORIS P. MUNDO<br>　　　　　Plaintiff,<br><br>v.<br><br>DELTA AIRLINES INCORPORATED<br>　　　　　Defendant. | CIVIL ACTION<br>NO: 03CV30311-KPN |

## DEFENDANT'S CERTIFICATION PURSUANT TO LR 16.1

The undersigned and counsel for the defendant, hereby certify that they have conferred regarding the following: (a) with a view to establishing a budget for the costs of conducting the litigation in this matter through trial, as well as the costs of conducting the litigation through alternative courses such as alternative dispute resolution; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Counsel for the Defendant,

_____
Peter J. Black, BBO No. 044407
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza - Suite 600
Boston, MA  02108
(617) 523-8300

Delta Air Lines, Inc.
By:

_____
Michael G. Hickey
Manager - Passenger Claims

## CERTIFICATE OF SERVICE

I, Peter J. Black, hereby certify that on the 30th day of April, 2004, I gave notice of the foregoing Certification Pursuant to Local Rule 16.1 by mailing an exact copy thereof, postage prepaid, to all counsel of record.

_____
Peter J. Black