UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DORIS P. MUNDO,           )
          Plaintiff    )
                          )
    v.                    )    Civil Action No.  03-30311-KPN
                          )
DELTA AIRLINES INCORPORATED,  )
          Defendant    )

SCHEDULING ORDER
May 3, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosure by June 4, 2004.

2. All non-expert discovery, including non-expert depositions, shall be completed by November 30, 2004.

3. Counsel shall appear for a case management conference on December 7, 2004, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                           /s/ Kenneth P. Neiman
                                           KENNETH P. NEIMAN
                                           U.S. Magistrate Judge