UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DORIS P. MUNDO,

*Plaintiff,*

v.

DELTA AIRLINES INCORPORATED,

*Defendant.*

Civil Action
No.03 CV 30311-MAP

## PLAINTIFF'S L.R. 16.1(D)(3) CERTIFICATION

Pursuant to L.R. 16.1(D)(3), plaintiff, Doris Mundo, and her attorney hereby certify that they have conferred with a view of establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation for the above-captioned matter, and have further considered the resolution of the litigation through the use of ADR programs such as those outlined in L.R. 16.4.

Dated: May 3, 2004        Respectfully submitted by,

Jeanne A. Liddy, Esq.
BBO# 646478
LAW OFFICES OF JEANNE A. LIDDY
94 North Elm Street, Suite 207
Westfield, MA. 01085
Tel: (413) 562-7096
Fax: (413) 562-1225

By Plaintiff,

Doris Mundo

### CERTIFICATE OF SERVICE
*Via facsimile/signature / JL*

I HEREBY CERTIFY that on April 29, 2004, I, Jeanne A. Liddy, Esq., of 94 North Elm Street, Suite 207, Westfield, MA 01085, counsel for plaintiff, Doris Mundo, have served the foregoing document, by serving via U.S.P.S a true and correct copy, postage prepaid and first class, to Peter Black, Esq., at Two Center Plaza, Suite 600, Boston, MA 02108, of Meehan, Boyle, Black & Fitzgerald, P.C., counsel of record for Delta Airlines Incorporated.

Jeanne A. Liddy