UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DORIS P. MUNDO, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> DELTA AIRLINES INCORPORATED, ) <br> ) <br> *Defendant.* ) <br> ) | Civil Action <br> No.03 CV 30311-MAP |

### PARTIES' ASSENTED TO MOTION TO EXTEND TIME TO NOVEMBER 19, 2004 FOR FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANT DELTA AIR LINES INC'S., MOTION FOR SUMMARY JUDGMENT

**NOW COME** the counsel for the parties' and jointly, by way of assent through counsel, hereby respectfully request this Honorable Court grant an extension of time to November 19, 2004 for plaintiff to file her Plaintiff's Opposition to Defendant Delta Air Lines, Inc's., Motion for Summary Judgment.

**As grounds,** plaintiff's counsel has conferred with defendant's counsel and he has graciously assented to this Motion due to family illness.

**WHEREFORE,** the parties' have assented, and, respectfully together request that this Court grant the Parties' Assented to Motion to Extend Time to November 19, 2004 for Filing Plaintiff's Opposition to Defendant Delta Air Lines Inc's., Motion for Summary Judgment in its entirety in that, above, there is good cause illustrated for same.

-1-

|  |  |
|---|---|
|  | THE PLAINTIFF<br>DORIS P. MUNDO, |
| Dated: November 9, 2004 | Respectfully submitted by her attorney,<br><br>*/s/ Jeanne A. Liddy*<br>Jeanne A. Liddy, Esq.<br>BBO# 646478<br>LAW OFFICES OF JEANNE A. LIDDY<br>94 North Elm Street, Suite 207<br>Westfield, MA. 01085<br>Tel: (413) 562-7096<br>Fax: (413) 562-1225 |
| -and- | |
|  | THE DEFENDANT,<br>DEFENDANT DELTA AIR LINES, INC.,<br><br>Respectfully submitted by its attorney,<br><br>*/s/ Peter J. Black (with his assent)*<br>Peter J. Black, Esq.<br>BBO# 044407<br>Meehan, Boyle, Black & Fitzgerald, P.C.<br>Two Center Plaza - Suite 600<br>Boston, MA 02108<br>Tel: (617) 523-8300 |

## L.R. 7.1 CERTIFICATION

I, Jeanne A. Liddy, hereby certify that I have attempted to confer with defendant's counsel about the within motion and attempted in good faith to resolve or narrow the issue with defendant's counsel and he has graciously given his assent to same.

*/s/ Jeanne A. Liddy*
Jeanne A. Liddy

-2-

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this day, I, Jeanne A. Liddy, Esq., of Law Offices of Jeanne A. Liddy at 94 North Elm Street, Suite 207, Westfield, MA 01085, counsel for plaintiff, Doris Mundo have served the foregoing document, by mailing a true copy first-class mail, postage prepaid, to to Peter Black, Esq., at Two Center Plaza, Suite 600, Boston, MA 02108, of Meehan, Boyle, Black & Fitzgerald, P.C., counsel of record for Delta Airlines Incorporated.

Jeanne A. Liddy