# EXHIBIT 1

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. 03-30311-KPN

DORIS P. MUNDO

VS.

DELTA AIRLINES, INC.

    DEPOSITION OF:  DORIS P. MUNDO, taken before Helga Ragle, Shorthand Reporter, Notary Public pursuant to the Federal Rules of Civil Procedure, at the offices of Jeanne A. Liddy, Esq., 94 North Elm Street, Westfield, Massachusetts, on September 30, 2004, commencing at 12:20 p.m.

<u>APPEARANCES:</u>

(See Page 2.)

Helga Ragle
Shorthand Reporter

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

APPEARANCES:

LAW OFFICES OF JEANNE A. LIDDY, ESQUIRE,
        94 North Elm Street, Westfield, MA 01085,
        representing the Plaintiff.
BY:   JEANNE A. LIDDY, ESQUIRE


MEEHAN, BOYLE, BLACK & FITZGERALD, P.C.,
        Two Center Plaza, Boston, MA 02108-1922,
        representing the Defendant.
BY:   PETER J. BLACK, ESQUIRE

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4538

Serving the legal community of Massachusetts since 1947

1        A.      No complaint.

2        Q.      Tell me what happened when you got to the

3    airport that morning, and it is the morning of the

4    seventh, March seventh, is that right?

5        A.      I don't know if it was March seventh.

6    It was the day, the end of the conference that we came

7    back.

8        Q.      Do you believe that it was March seventh?

9    That is my understanding, but I was not there.

10       A.      I don't remember.

11       Q.      In any case, whatever day it was, it was in

12   early March of 2001, can we agree on that?

13       A.      Yes.

14       Q.      When you got to the airport  -- and it was

15   in the morning, correct?

16       A.      Uh-huh.

17       Q.      Is that correct?

18       A.      Yes.

19       Q.      Why don't you tell me what happened.  What

20   did you do?  What occurred?  Did you go to check in?

21       A.      We went to check in and --

22       Q.      Let me -- maybe I can help you.

23               When you first got to the airport, you had

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4073
Pittsfield: (413) 499-2231
FAX: (413) 734-4583

Serving the legal community of Massachusetts since 1947

1      to go into the terminal?

2          A.    Yes.

3          Q.    Was it a Delta terminal?

4                Do you remember?

5          A.    I don't know that it was a Delta terminal.

6          Q.    It could have been a terminal that served

7      more airlines than just Delta?

8          A.    Yes, oh yes.

9          Q.    Did you go up to the ticket counter and

10     then, you know, when you go to the airport, they are

11     similar all over the world, you walk in and they have

12     ticket counters and people behind the counters?

13         A.    Uh-huh.

14         Q.    Is that what you and your husband did,

15     walked up to the ticket counters?

16         A.    Yes.

17         Q.    Did you speak to someone that was wearing a

18     Delta uniform on the other side of the counter?

19         A.    Yes.

20         Q.    Tell me what happened at that point?

21         A.    As far as I can recollect they told me that

22     my flight was not for that flight.

23                I don't remember if they told me it was a

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-223
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    day later or sometime later that day.

2         Q.    Would it refresh your recollection if I

3    suggested that they told you you had reservation on

4    the 2:55 flight out of New Orleans coming back to

5    Springfield?

6         A.    I can't remember.

7              All I know, they said that I was not booked

8    on that particular one.

9         Q.    And did they tell you that that flight was

10   full, that is the morning flight was full and they had

11   to put you on stand-by?

12        A.    I think that when I got there, they had

13   already been announcing that the flight was full

14   because some of the people that were supposed to go

15   were just moving around the airport, just unhappy.

16        Q.    Well, I take it you were at the ticket

17   counter when you first went in.

18              That isn't where you actually left from; you

19   would have to go to the gate to actually get on the

20   plane, somewhere inside the terminal?

21        A.    I had done all of that.

22        Q.    When you first get to the airport, you go

23   up to the ticket counters without going through

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

```
 1      security; you can just go to the ticket counter and

 2      you carry your bags in.  You can buy a ticket, you can

 3      make travel changes.

 4              Do you know what I am talking about?

 5          A.    I think that we went in and went through

 6      security and all that stuff and somewhere when we got

 7      to because --

 8          Q.    The gate area?

 9          A.    The gate area.  Because we had the tickets

10      in hand.

11          Q.    Sure.

12              Did you have any bags to check?

13          A.    Yes, we had bags to check.

14          Q.    You wouldn't be able to check the bags

15      there; you would have to check them earlier?

16          A.    Yes, I think that we went there.  We were

17      told  --

18          Q.    When you say there --

19          A.    To the ticket counter, to the Delta ticket

20      counter.

21          Q.    To check your bags?

22          A.    To check our bags, that either we were not

23      booked for that flight, but we were booked for a later
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4073
Pittsfield: (413) 499-2231
FAX: (413) 734-4583

Serving the legal community of Massachusetts since 1947

1    flight, and I basically explained that we had to

2    travel as a group.

3            I had transportation issues when I got, we

4    got back because there was only a certain timeframe I

5    could be absent. We needed to be back for the ride

6    that we had arranged, and Mr. Castellano was being

7    picked up or something else.

8        Q.    He had the same problem?

9        A.    He was supposed to be on that flight.

10       Q.    He was -- was his reservation for the

11   flight in the morning or was he also booked on the

12   later flight, whether or not he thought he should have

13   been on the earlier flight?

14       A.    I think that he was booked for the earlier

15   flight because I think that later that flight was also

16   delayed or something. I don't remember what happened.

17   But so --

18       Q.    And he is the one who had arranged

19   transportation for himself and others from, was it

20   Bradley Airport in Connecticut that you were leaving

21   from?

22       A.    He was the one who connected us with the

23   travel agent. He didn't himself make the

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4073
Pittsfield: (413) 499-223
FAX: (413) 734-4583

Serving the legal community of Massachusetts since 1947

1    arrangements.

2        Q.    I understand that.

3            But you talked about arrangements to get

4    from the airport back to Springfield or the

5    Springfield area?

6        A.    Yes.

7        Q.    Is he the one who also arranged that

8    transportation or had you and your husband separately

9    arranged to be picked up?

10       A.    We had made different transportation

11   arrangements to get there and return.

12       Q.    So you went to the ticket counter to check

13   your bags and you learned that your reservations were

14   not for the flight you thought you were on?

15       A.    Yes.

16       Q.    Was it at that point that they said they

17   would try to put you on that flight, that morning

18   flight, but you would have to go on stand-by to see if

19   you could get on?

20       A.    Yes.

21            I explained to them that I had this

22   transportation problem and I really needed to be on

23   that flight, and they were very nice and told me they

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

```
 1        were going to put my name in --
 2            Q.    On the stand-by?
 3            A.    On the stand-by.  They couldn't make any
 4        guarantees.
 5                  And so as best I can remember they were
 6        asking different people to give up seats.  Generally
 7        as I said different people had already been asked
 8        before I actually went and sat down about offering
 9        their seats, and so there were different people who
10        had already received seats, but they continued to
11        announce it.
12            Q.    Well, that would be going on at the gate,
13        correct?
14            A.    That was when I went to that Delta person.
15            Q.    Let me just try to follow this.
16                  We talked about going to the ticket counter
17        and you learning that you were actually on a later
18        flight?
19            A.    Yes.
20            Q.    And they said they would put you on the
21        stand-by list?
22            A.    Uh-huh.
23            Q.    You checked your bags?
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-223
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1      A.      I think so.

2      Q.      To your knowledge.

3      A.      I think we checked them in because we knew

4  we were going to wait.

5      Q.      So if the bags got there first, no big

6  deal?

7      A.      No big deal.

8      Q.      So you and your husband went at some point

9  to a gate area where the eleven o'clock flight was

10 leaving from?

11     A.      That person was right in the vicinity of

12 where we were sitting.

13     Q.      So you went  -- after you left the ticket

14 counter, you went through security and you went to the

15 gate area, correct?

16     A.      No, no.  I think we had done security

17 first.  Somewhere we had done all the check-in to get

18 into this particular area.

19     Q.      But you've got to --

20     A.      And I got to this, it is like a ticket

21 booth there where the person actually says the flight

22 is now boarding.

23     Q.      Right.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4073
Pittsfield: (413) 499-2231
FAX: (413) 734-4583

Serving the legal community of Massachusetts since 1947

1     And can we agree that is generally known as

2   the gate area.  If I use that term, will you

3   understand that to mean the area where you are in the

4   terminal where you actually leave on the plane to fly

5   home?

6       A.    Yes.

7       Q.    So at some point you and your husband got

8   to the gate area?

9       A.    Yes.

10      Q.    Before getting to that area, did you

11  understand that your names were on the stand-by

12  list?

13      A.    Yes.

14      Q.    That happened really earlier in the

15  terminal?

16      A.    Yes.

17      Q.    When you got to the gate area, had they

18  already started boarding?

19      A.    I don't remember.

20          All I remember they were still announcing if

21  people voluntarily would give them passes.

22      Q.    So they were requesting people to give up

23  their booked seats because other people were trying to

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4073
Pittsfield: (413) 499-2231
FAX: (413) 734-4583

Serving the legal community of Massachusetts since 1947

1    get onto the flight?

2        A.    Uh-huh.

3        Q.    Yes?

4             I am sorry, I don't mean to be annoying, but

5    as we said it is ambiguous.

6        A.    Yes.

7        Q.    How many people were on the stand-by list,

8    do you remember?

9        A.    I don't remember.

10       Q.    What happened next?

11       A.    We sat down, and there were other people

12   milling around.  Mr. Castellano was there.

13       Q.    Was he on the stand-by list as well, do you

14   know?

15       A.    I don't think he was on the stand-by list.

16   That is what I had tried to explain, we had all made

17   our reservations, we all thought we were traveling on

18   the same day.  But different people were opting for

19   the vouchers.

20            I think maybe Charlotte Williams opted for a

21   voucher.

22       Q.    So you think she was actually scheduled on

23   that flight?

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-223
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1        A.        I know she got a voucher somewhere in that

2    trip.

3        Q.        You got a payment, you and your husband?

4        A.        Yes, we ultimately got it.

5        Q.        So the airline was offering to provide

6    vouchers for people who would give up their seats,

7    correct?

8        A.        Yes.

9        Q.        And did they up the anti so-to-speak, we

10    give you a voucher for a hundred dollars, later on

11    they might say we give you a voucher for more money,

12    two hundred dollars or something like that?

13        A.        From what I recollect they made some kind

14    of announcement.  Some people who had been offered a

15    voucher of a hundred, two hundred, and somebody had

16    heard that they had upped the anti and went to talk to

17    the person I spoke with at the gate area, and then

18    that person came back and anyone after that would get

19    the same amount that someone earlier would get, but

20    that was only for people who had a ticket, not for

21    stand-by people.

22        Q.        The ones that had reservations?

23        A.        Yes.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-223
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    that I just didn't feel, I was going to be around

2    people.    So I just avoided them.

3              This week for example he is at a conference

4    in Washington, Washington, D.C., one I would normally

5    have gone to.

6         Q.    But you stayed so I could take your

7    deposition?

8         A.    No, I stayed because I didn't want to see

9    those people.

10             I  -- it is like somebody told somebody

11   else, somebody else told somebody else.    It is not

12   something that I want to subject myself to.

13             So in effect I told my director that I was

14   going to move from the area and that I wanted to give

15   him a heads up because I knew that many times when

16   somebody leaves, whatever they are, that it is an

17   opportunity to reorganize and maybe develop a new

18   vision and I was leaving, so --

19        Q.    And you told me about that.

20             Anything else that you have not told me

21   about that you can think of?

22        A.    Even with my family, because all my family

23   is here; I have a granddaughter.    I have to make a

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-407 8
Pittsfield: (413) 499-222 1
FAX: (413) 734-458 8

Serving the legal community of Massachusetts since 1947

```
 1    decision to leave all these people behind because I

 2    just can't take it.

 3              I can't be around here.

 4        Q.    Do you fly often?

 5        A.    Yes.

 6        Q.    Do you have -- have you continued to fly

 7    since the events back in 2001?

 8        A.    I have.

 9              I hesitated for a while, drove to places

10    that I could easily have flown to.

11        Q.    Do you have frequent flyer accounts with

12    the airlines?

13        A.    I wouldn't know that.  I have many miles on

14    any one of them.

15        Q.    But you do have frequent flyer accounts

16    with the various airlines?

17        A.    Uh-huh.

18        Q.    You have a frequent flyer account with

19    Delta?

20        A.    Yes.

21        Q.    Do you have frequent flyer with American?

22        A.    Uh-huh.

23        Q.    Yes?
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-40ᵀ8
Pittsfield: (413) 499-22ᵀ1
FAX: (413) 734-45ᵗ8

Serving the legal community of Massachusetts since 1947

1          A.     Yes.

2          Q.     Do you have frequent flyer with U.S.

3      Airways?

4          A.     No.  My husband just opened one up for

5      himself.

6          Q.     I am sorry?

7          A.     My husband just opened one up because he is

8      flying.

9                 Hold on, maybe I have, I have one and I am

10     not sure if it is United or U.S. Air.

11         Q.     And you get periodic statements?

12         A.     Yes.

13         Q.     Do you keep some of those statements?

14         A.     They are all on the web; I can access them.

15         Q.     You can get statements for the various

16     airlines?

17         A.     Yes, uh-huh.

18                MR. BLACK:  I think that is all I have.

19             No, there is, I want to ask one other thing.

20             Your travel, you drove to Connecticut from

21     Massachusetts to fly on Delta from Bradley

22     International Airport.

23         A.     We were driven to the airport.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4583

Serving the legal community of Massachusetts since 1947

1        Q.    And coming back you were flying into

2    Connecticut?

3        A.    Yes.

4        Q.    And then you were driving to Massachusetts?

5        A.    Yes.

6        Q.    And Delta didn't arrange for your

7    transportation from Massachusetts to Bradley or

8    Bradley to Massachusetts, you did that?

9        A.    I did that, yes.

10             No, I didn't think that was their

11   responsibility.

12       Q.    I understand.  I want to make sure I

13   understood that where you were leaving from and where

14   you flew to from New Orleans.  You could have flown

15   into Boston?

16       A.    No.  I always fly out of Bradley.

17             MR. BLACK: All right, that is all I

18   have at this point.

19             MS. LIDDY:  About three questions.

20

21          *         *         *         *         *

22

23

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4583

Serving the legal community of Massachusetts since 1947

1

2                    CROSS EXAMINATION BY MS. LIDDY

3

4        Q.    Did you tell anyone about your disability

5    before you got on Delta?

6        A.    Yes.

7        Q.    Who did you tell?

8        A.    I told the person when I got there that,

9    that I had, that person that was there.

10       Q.    What person?

11       A.    The person in the airport.  When --

12       Q.    At Delta?

13       A.    At Delta.

14             When I went to pay for my ticket, I told

15    that person in the agency, whatever that agency is

16    there, that I have a seizure disorder and that it

17    sometimes comes on.

18             And I  -- when I was at that Delta, the

19    gate, the departure gate, I spoke to that first woman

20    and I told her also.  That you know, that I was

21    starting to feel anxious and I have a seizure

22    disorder, but when I went to make the arrangement for

23    that, to see if they could ticket me elsewhere, I kept

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1     insisting to that person I was really feeling sick, I

2     have a seizure disorder, and I just needed to be in a

3     place, if I am somewhere that I don't move around and

4     fall off my chair, that I just have to have my own

5     privacy, and I am very conscious of my dignity and how

6     I present myself professionally, and so, you know, I

7     told that man at the booth.  I told him I have a

8     seizure disorder, I am going to  --

9         Q.    And the man at the booth was a Delta

10    employee?

11        A.    He was a Delta employee, as far as I can

12    recall.  I don't know, he was probably fifty or so.

13    But I really didn't get to see him face to face

14    because he was taking baggage and talking to people

15    and I was telling him, so I can't describe him.

16          The best I can remember he was older,

17    younger, but not old.

18        Q.    Did he give you a business card?

19        A.    I think my husband asked for a business

20    card.

21

22                    (Defendant's Exhibit No. 2,
                       offered and marked.)
23

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4073
Pittsfield: (413) 499-223
FAX: (413) 734-4583

Serving the legal community of Massachusetts since 1947

```
 1        Q.    And the flight back from New Orleans to

 2   Hartford, can you, what was your condition like?  How

 3   would you travel?

 4        A.    The plane was crowded.   I just sat next to

 5   my husband and just buried my head in his stomach area

 6   and just feeling like an ostrich.

 7        Q.    What did you have on?

 8        A.    I don't remember what I had on.  All I know

 9   is I generally travel either in sneakers or jeans and

10   sneakers.   Unless I am getting, if I travel directly

11   to a conference, if I go to the presentation, I travel

12   with my business attire, but it is all a blur.

13        Q.    If you had had a loss of bodily functions

14   were you able to change your clothes?

15                  MR. BLACK:  Objection.

16                  THE WITNESS: If I had my bags with me.

17        Q.    This time?

18        A.    This time I didn't, so I couldn't change my

19   clothes.

20                  MS. LIDDY: That is all I have.  Thank

21   you.

22                  MR. BLACK: Obviously I can't, we can't

23   leave with that.
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4583

Serving the legal community of Massachusetts since 1947

1

2                    REDIRECT EXAMINATION BY MR. BLACK

3

4         Q.      When you paid for your ticket, you are

5    claiming you told the travel agent that you had a

6    seizure disorder?

7         A.      Yes.

8         Q.      That you had a history of seizure disorder?

9         A.      Yes.

10        Q.      The reservations had already been made at

11   that time?

12                    MS. LIDDY: Objection.

13                    THE WITNESS: I don't know.

14        Q.      You knew what flight you were getting, you

15   knew what the fare was?

16        A.      I didn't have details on the flight or

17   anything.  I knew that we were going to get some kind

18   of group discount through that agency.

19        Q.      Okay.  And now is it your testimony,

20   because I had asked you what you said to the ticket

21   people when you showed up at the airport, is it your

22   testimony now that you told them at that point that

23   day that you had a seizure disorder?

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1        A.      I told the first lady I felt like I was

2    getting a headache.

3        Q.      This is at the gate?

4        A.      At the gate.

5        Q.      When you were standing by to get on the

6    flight you didn't have reservations for, you told her

7    you were getting a headache and you didn't feel well;

8    that is what you told me?

9        A.      Yes.

10       Q.      Now you are telling me you said I have a

11   seizure disorder?

12       A.      I told her that I have a seizure disorder

13   also.

14       Q.      You are not suggesting that she should have

15   taken someone with reservations off that plane and put

16   you on that plane?

17       A.      Absolutely not.

18       Q.      I want to make sure.

19           And then you told me about a ticket person

20   that you were talking to out, not by the gate, but way

21   back by the people where people were checking bags

22   that you were feeling sick and you wanted a place

23   where you could lay down.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2251
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1      And did you also say I have a seizure

2  disorder?

3      A.    I said I have a seizure disorder, I feel

4  like I am getting a seizure, can you get me a place

5  that I can lay down.

6      Q.    This had nothing to do with boarding the

7  plane and not boarding the plane, this was back at the

8  ticket counter and you were trying to see if you could

9  find another flight that could take you home?

10      A.    Yes.

11          MR. BLACK:    That is all I have.    Thank

12  you so much.

13

14          (The deposition was concluded.)

15                  * * * * *

16

17

18

19

20

21

22

23

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-40 8
Pittsfield: (413) 499-22 1
FAX: (413) 734-45 8

Serving the legal community of Massachusetts since 1947