1

2            SIGNATURE PAGE- ERRATA SHEET

3       To be signed by deponent and returned to counsel
        within thirty (30) days.

4

5       I, the undersigned, DORIS P. MUNDO, do hereby certify
        that I have read the foregoing transcript of my
6       testimony given in the matter of DORIS P. MUNDO vs.
        DELTA AIRLINES, INC., on September 30, 2004 and that
7       to the best of my knowledge, said transcript is true
        and accurate with the exception of the following
8       corrections listed below:

9

        Page:  Line:
10      _____

11      _____

12      _____

13      _____

14      _____

15      _____

16      _____

17      _____

18      _____

19      _____

20      _____

21

        DEPONENT'S SIGNATURE:_____DATE_____
22
        hr
23

959 MAIN STREET                                            (413) 733-4073
4TH FLOOR     PHILBIN & ASSOCIATES, INC.     Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                     FAX: (413) 734-4583

Serving the legal community of Massachusetts since 1947

1

2          <u>SIGNATURE PAGE- ERRATA SHEET</u>

3      To be signed by deponent and returned to counsel
       within thirty (30) days.

4

5      I, the undersigned, DORIS P. MUNDO, do hereby certify
       that I have read the foregoing transcript of my
6      testimony given in the matter of DORIS P. MUNDO vs.
       DELTA AIRLINES, INC., on September 30, 2004 and that
7      to the best of my knowledge, said transcript is true
       and accurate with the exception of the following
8      corrections listed below:

9

10     Page:   Line:
       _____

11     _____

12     _____

13     _____

14     _____

15     _____

16     _____

17     _____

18     _____

19     _____

20     _____

21

22     DEPONENT'S SIGNATURE:_____DATE_____

       hr
23

959 MAIN STREET           **PHILBIN & ASSOCIATES, INC.**         (413) 733-4078
4TH FLOOR                                                    Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                        FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1  COMMONWEALTH OF MASSACHUSETTS
2  COUNTY OF HAMPDEN
       I, HELGA RAGLE, a Notary Public within and
3  for the Commonwealth of Massachusetts at large, do
   hereby certify that I took the deposition of DORIS P.
4  MUNDO, pursuant to the Federal Rules of Civil
   Procedure on September 30, 2004, at the offices of
5  Jeanne A. Liddy, Esq., 94 North Elm  Street,
   Westfield, Massachusetts.
6
       I further certify that the above named
7  deponent was by me first duly sworn to testify to the
   truth, the whole truth and nothing but the truth
8  concerning her knowledge in the matter of the case of
   DORIS P. MUNDO vs. DELTA AIRLINES, INC., now pending
9  in the United States District Court for the District
   of Massachusetts.
10
       I further certify that the within testimony
11 was taken by me stenographically and reduced to
   typewritten form under my direction by means of
12 COMPUTER ASSISTED TRANSCRIPTION; and, I further
   certify that said deposition is a true record of the
13 testimony given by said witness.
14
       I further certify that I am neither counsel
15 for, related to, nor employed by any of the parties to
   the action in which this deposition was taken; and
   further, that I am not a relative or employee of any
16 attorney or counsel employed by the parties hereto,
   nor financially or otherwise interested in the outcome
17 of the action.
18
       WITNESS my hand and seal this 11th day of
19 October, 2004.
20 _____
                           Helga Ragle
21                         Notary Public
                 Certified Shorthand Reporter
22
   My commission expires
23 October 2, 2009.

959 MAIN STREET
4TH FLOOR                PHILBIN & ASSOCIATES, INC.
SPRINGFIELD, MA 01103

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF HAMPDEN
       I, HELGA RAGLE, a Notary Public within and
for the Commonwealth of Massachusetts at large, do
hereby certify that I took the deposition of DORIS P.
MUNDO, pursuant to the Federal Rules of Civil
Procedure on September 30, 2004, at the offices of
Jeanne A. Liddy, Esq., 94 North Elm  Street,
Westfield, Massachusetts.

       I further certify that the above named
deponent was by me first duly sworn to testify to the
truth, the whole truth and nothing but the truth
concerning her knowledge in the matter of the case of
DORIS P. MUNDO vs. DELTA AIRLINES, INC., now pending
in the United States District Court for the District
of Massachusetts.

       I further certify that the within testimony
was taken by me stenographically and reduced to
typewritten form under my direction by means of
COMPUTER ASSISTED TRANSCRIPTION; and, I further
certify that said deposition is a true record of the
testimony given by said witness.

       I further certify that I am neither counsel
for, related to, nor employed by any of the parties to
the action in which this deposition was taken; and
further, that I am not a relative or employee of any
attorney or counsel employed by the parties hereto,
nor financially or otherwise interested in the outcome
of the action.

       WITNESS my hand and seal this <u>11th</u> day of
October, 2004.

              _____
              Helga Ragle
              Notary Public
          Certified Shorthand Reporter

My commission expires
October 2, 2009.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4538

Serving the legal community of Massachusetts since 1947

# EXHIBIT 2

▲ Delta Air Lines

**John Sudkamp**
*Airport Customer Service Supervisor*

Delta Air Lines, Inc.
Department 125
P.O. Box 20006
New Orleans, LA 70141-0006

Telephone 504 465 3111
Fax 504 465 3196

# EXHIBIT 3

**District of Massachusetts (Springfield)**
## CIVIL DOCKET FOR CASE #: 3:03-cv-30311-MAP

Mundo v. Delta Airlines Inc.
Assigned to: Honorable Michael A Ponsor
Referred to: Magistrate Kenneth P. Neiman
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 12/29/03
Jury Demand: Defendant
Nature of Suit: 310 Airplane
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**Doris P. Mundo**

represented by **Jeanne A. Liddy**
Law Offices of Jeanne A. Liddy
94 North Elm Street, Suite 207
Westfield, MA 01085
413-562-7096
Fax : 413-562-1225
Email: jeanne.liddy@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Delta Airlines Inc.**

represented by **Peter J. Black**
Meehan, Boyle, Black & Fitzgerald
Two Center Plaza, Suite 600
Boston, MA 02108-1922
617-523-8300
Fax : 617 523-0455
Email: pjb@mbbf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 12/29/2003 | 1 | COMPLAINT against Delta Airlines Inc. by Doris P. Mundo filed. Filing fee of $150.00 paid. Receipt number 305464. Magistrate Judge Consent Form, LR 4.1, notice of lawsuit and waiver of service of summons to Counsel.(Finn, Mary) (Entered: 12/29/2003) |
| 12/29/2003 | | Summons Issued as to Delta Airlines Inc.. (Finn, Mary) (Entered: 12/29/2003) |
| 12/29/2003 | 2 | CONSENT to Jurisdiction by US Magistrate Judge filed and placed in the vault. (F nn, Mary) (Entered: 12/29/2003) |
| | | |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DORIS P. MUNDO,                              )
                                         )
       *Plaintiff,*                  )
                                         )      Civil Action
           v.              )      No.03 CV  30311-KPN
DELTA AIRLINES INCORPORATED,            )
                                         )      **COMPLAINT**
       *Defendant.*               )
                                         )

## JURISDICTION AND PARTIES

### I.

1.  Plaintiff is, and was at all times mentioned, a resident of 36 Western Lane, Amherst, Hampshire County, thereby domiciled in and a citizen of the Commonwealth of Massachusetts.

2. Delta Airlines  ("Delta") was, and is now, a corporation duly organized and existing under the laws of the State of Georgia, having its principal place of business at 1030 Delta Boulevard, Fulton County, Atlanta, in that state.

AMOUNT IN CONTROVERSY, DIVERSITY OF CITIZENSHIP

II.

3.  This action is of a civil nature involving, exclusive of interest and costs, a sum in excess of $75,000.00.  Every issue of law and fact is wholly between two citizens of different states.

GENERAL FACTS

III.

4.  At all material times hereto, defendant Delta was an airline engaged in the business of transporting passengers by aircraft ("planes").

5.  At all times material, defendant Delta offered fares, tickets and subsequent travel on its planes to consumer passengers, with the knowledge that such services would be marketed and distributed into the stream of commerce, and that passengers, such as plaintiff, would purchase its products.

6.  On or about December 29, 2000, plaintiff and passenger, Doris Mundo, purchased a fare and ticket from defendant common carrier Delta for transportation from Springfield, Massachusetts to New Orleans, Louisiana on March 11, 2001.

7.  From on or about December 29, 2000 and upon said purchase of fare and

-2-

ticket, plaintiff and passenger, Doris Mundo, notified defendant common carrier Delta that she was disabled and that her condition necessitated prioritized, special, care when traveling on defendants planes.

8. From on or about March 11, 2001, while plaintiff was a passenger on defendant Delta's planes and waited to board at defendant's terminal in New Orleans, Louisiana, plaintiff repeatedly notified defendants' representative of an illness she suffered that day but defendant allowed plaintiff to remain unattended.

## GENERAL HARM TO PLAINTIFF

9. After purchasing defendants products on or about December 29, 2000 and upon traveling and boarding on common carrier defendants planes on or about March 11, 2001, plaintiff says she became seriously harmed at defendant Deltas' terminal in New Orleans in that although plaintiff repeatedly notified defendants' representative of illness, defendant merely allowed plaintiff to remain unattended, thereby severely damaging and greatly injuring her when such lack of attention resulted in great suffering, humiliation and harms to requiring immediate emergent care.

-3-

## FIRST COUNT

Plaintiff complains against defendant Delta and for a first claim for relief against Delta alleges: NEGLIGENCE.

I.

10. Plaintiff incorporates and realleges Paragraphs one through nine of this Complaint against defendant and makes such paragraphs a part hereof.

II.

11. The plaintiff, Doris Mundo, says that defendant Delta negligently and unskillfully managed and cared for its passengers, including plaintiff, in that although she informed defendant she was disabled and repeatedly informed defendant that she was ill while a passenger on or about March 11, 2001, defendant ignored plaintiff's pleas for help and thereby caused the plaintiff to sustain harms.

12. The plaintiff, Doris Mundo, submits that defendant Delta knew, or should have known in its exercise of care under the circumstances consistent with its common carrier undertaking, and upon notice of her disability and further notification of her illness that day at its terminal in New Orleans, Louisiana, that it was foreseeable that she would suffer such harms due to defendants negligence.

-4-

II.

14. The plaintiff, Doris Mundo, says that at all material times hereto, defendant contracted with consumers for common carrier air travel services.

15. The defendant then and there so negligently and carelessly performed such services as to cause, and permit to remain, a dangerous and defective condition in that it knew plaintiff was disabled and left plaintiff unattended when she became seriously ill.

16. As a result thereof and as a direct and proximate consequence of defendants negligence, plaintiff was caused to suffer severe, painful and serious injuries while in defendants care, was further disabled and was forced to endure pain, humiliation, loss of dignity and discomfort in both body and mind in that she has suffered a seizure and unconsciousness, loss of dignity including loss of bodily functions, was caused to travel in such a humiliated and weakened condition and was further caused to continue to suffer harms in that her pain and trauma was continued to be suffered by her for an extended period of time, all to her great damage.

WHEREFORE, the plaintiff, Doris Mundo, demands judgment against the defendants for his damages, interest, and costs, and for such other relief that this Court deems meet and just.

-6-

<u>DEMAND FOR JURY TRIAL</u>

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON COUNTS ONE THROUGH TWO.

Dated: December 29, 2003                    Doris Mundo

                                            By Her Attorney,

                                            Jeanne A. Liddy, Esq.
                                            BBO# 646478
                                            LAW OFFICES OF JEANNE A. LIDDY
                                            94 North Elm Street, Suite 207
                                            Westfield, MA.   01085
                                            Tel:  (413) 562-7096
                                            Fax: (413) 562-1225

-7-