UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DORIS P. MUNDO

CASE NO. 03-30311 -MAP

V.

DELTA AIRLINES INC

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION FOR SUMMARY JUDGMENT on   JANUARY 27, 2005   at  2:00   P.M.,   before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

12/7/04
_____
Date

TONY ANASTAS,
CLERK OF COURT

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                            [kntchrgcnf.]
                                                          [ntchrgcnf.]