# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

DORIS P. MUNDO

    Plaintiff(s)

       v.                       CIVIL ACTION NO. 3: 03-30311-MAP

DELTA AIRLINES, INC.

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Delta Airlines, Inc., against the plaintiff Doris P. Mundo, pursuant to the court's memorandum order entered this date, granting the defendant's motion for judgment.

                                                  TONY ANASTAS,
                                                  CLERK OF COURT

Dated: January 31, 2005                By /s/ *Maurice G. Lindsay*
                                                   Maurice G. Lindsay
                                                   Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                          [jgm.]